IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

WILLIAM E. ASKEW                                                    PETITIONER
Reg #34551-045

v.                              No. 2:22-cv-140-DPM

U.S.A.                                                              RESPONDENT

## ORDER

The Court adopts in part and declines to adopt in part the recommendation, *Doc. 5*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The Court agrees it does not have jurisdiction over this petition, which Askew filed on a form for seeking relief under 28 U.S.C. § 2241, but is actually a challenge to his sentence under 28 U.S.C. § 2255. *Doc. 1 at 4 & 6-8*. But Askew filed this action in the proper court, which transferred it here. Transferring the case back is more appropriate than dismissal under these circumstances. The Court therefore transfers the case to the Western District of Missouri.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

30 August 2022